# EXHIBIT 4

**Infringement of U.S. Patent No.  9,154,910**

**EXHIBIT 6**

**U.S. Patent No. 9,154,910**

**Infringement Claim Chart**

The claim charts provided herein are based on information obtained to date and may not be exhaustive. Plaintiffs Arashi Vision Inc. (d/b/a Insta360) and Yilu Gaofei (Shenzhen) Technology Co., Ltd.'s (collectively, "Plaintiffs" or "Insta360") investigation of Defendants SZ DJI Technology Co., Ltd., SZ DJI Osmo Technology Co., Ltd., iFlight Technology Company Limited, and DJI Europe B.V. (collectively, "Defendants" or "DJI") infringement is ongoing.  Fact discovery has not begun, and to date, Plaintiffs have not yet received documents from nor conducted any depositions regarding the Accused '910 Products identified in the cover pleading to which this chart is attached. Plaintiffs reserve the right to supplement and/or amend these charts to identify additional Accused '910 Products, additional asserted claims, and/or to further identify where each element of each claim is found in Accused Product, including on the basis of discovery obtained from Defendants, or from third parties during the course of this litigation.

For any dependent claim, Plaintiffs incorporate by reference the disclosures, evidence, and analysis set forth for the independent claim from which that dependent claim depends, as if fully set forth herein. Plaintiffs' inclusion of any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Plaintiffs reserve the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

This claim chart identifies an exemplary Accused '910 Product for illustrative purposes. Upon information and belief, the Accused '910 Products identified in the Complaint operate in substantially the same manner with respect to the claimed inventions and therefore infringe the asserted claims for substantially the same reasons described herein. Plaintiffs' identification of an exemplary Accused '910 Product is not intended to limit its infringement allegations to that product alone.

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| [1.Pre] A terminal location obtaining method performed by a first terminal, comprising: | The Accused '910 Products include a terminal location obtaining method performed by a first terminal. |

1

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  | For example, the Accused '910 Products such as the Osmo 360 include the Osmo 360 device (a "first terminal"), which works with an accompanying GPS Bluetooth Remote Controller (a "second terminal") which is used to determine a terminal location.<br><br>*See, e.g.*:<br><br><br><br>1.  Microphone<br>2.  Lens<br>3.  Touchscreen<br>4.  Shutter/Record Button<br>5.  Function Button<br>6.  USB-C Port<br>7.  USB-C Port Cover Release Button<br>8.  Speaker<br>9.  Power/Quick Switch Button<br>10. Status LED<br><br>| Blinking Pattern | Description |<br>|---|---|<br>| Solid green | Ready for shooting |<br>| Temporarily off and stays green | Taking a photo |<br>| Blinks red | Recording a video or taking a countdown photo |<br>| Blinks red three times rapidly | Powers off the camera or powers on the camera at low battery level |<br>| Blinks red and green alternately | Updating firmware |<br><br>11. Battery Compartment Cover Release Button<br>12. Quick-Release Slot<br>13. Charging Contacts<br>14. 1/4"-20 UNC Port<br><br>https://dl.djicdn.com/downloads/Osmo_360/20250724/Osmo_360_User_Manual_v1.0_en.pdf at 6. |

2

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | As the all-in-one app made specifically for the DJI Osmo Pocket handheld gimbal, Osmo Action camera, Osmo Mobile 3, DJI OM4 and DJI Pocket2, Mimo offers HD live view during recording, intelligent features such as My Story for quick editing, and other tools not available with a handheld stabilizer alone. Mimo lets you capture, edit, and share the best of your moments, right from your fingertips. |

Highlights:
1. Supports HD live view and 4K video recording.
2. Controls Osmo Pocket, Osmo Action or Osmo Mobile 3 via Bluetooth or Wi-Fi.
3. My Story video templates designed by professionals allow you to edit your videos in a single tap.
4. Precise face identification and real-time Beautify mode enhances photos and videos instantly.
5. Upload and share videos with just a tap.
6. Advanced video editing functions: Trim and split clips, adjust playback speed, reverse, and more.
7. Tune image quality to meet your needs: Brightness, saturation, contrast, color temperature, vignette, and sharpness.
8. Multiple filters, music templates, and watermark stickers finish your videos with a unique flair.

https://apps.apple.com/us/app/dji-mimo/id1431720653.

## About Osmo Action GPS Bluetooth Remote Controller

Applicable Products:Not involving

Osmo Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 via Bluetooth. You are allowed to control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that you can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable you to record accurate data in motion. When used with DJI Mimo, you can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

Effective remote control distance: 25 m
Supported models: Osmo Action 6、 Osmo Action 5 Pro, Osmo Action 4、 Osmo 360 only

https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34.

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  https://www.dji.com/handheld/activity/biking. |

4

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561. https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | **Will the Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 record location information when shooting with the GPS Bluetooth Remote Controller?**<br><br>Osmo Action 4 shooting footage with GPS Bluetooth Remote Controller:<br><br>Video mode: Records dynamic location information, making it easy to add motion data later through the Mimo app.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34.<br><br>**What is the source of the motion data obtained after using Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 with the GPS Bluetooth remote controller?**<br><br>Videos recorded with the Osmo 360, Osmo Action 6, Osmo Action 5 Pro, or Osmo Action 4 used with the GPS Bluetooth Remote Controller can include real-time information such as speed, trajectory, direction, total mileage, altitude, G-force, and tilt angle in the Mimo app.<br><br>Real-time speed, trajectory, direction, and total mileage data are sourced from GPS data.<br><br>G-force and tilt angle data are sourced from the IMU data of Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 devices.<br><br>[Prompt]<br><br>1) Exporting motion data individually is not supported; it can only be added via the dashboard feature in the Mimo app.<br><br>2) Importing motion data from other devices is not supported.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

Case 2:26-cv-00467   Document 1-4   Filed 06/11/26   Page 8 of 92 PageID #:  128

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller <br> https://www.youtube.com/watch?v=hkAproZoSYM. |

7

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
| --- | --- |
| | <br>Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

9

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

### Infringement of U.S. Patent No. 9,154,910

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

11

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller https://www.youtube.com/watch?v=hkAproZoSYM. |
| [1.a] starting an application on the first terminal, the application comprising a function for obtaining, in a setting of the application, location information of a second terminal; | The Accused '910 Products start an application on the first terminal, the application comprising a function for obtaining, in a setting of the application, location information of a second terminal. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | For example, the Accused '910 Products such as the Osmo 360 enable the user to use the Osmo 360's settings page to enable wireless communications and obtain location information from the GPS Bluetooth Remote Controller. <br><br> *See, e.g.*: <br><br> **About Osmo Action GPS Bluetooth Remote Controller** <br><br> Applicable Products:Not involving <br><br> Osmo Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 via Bluetooth. You are allowed to control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that you can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable you to record accurate data in motion. When used with DJI Mimo, you can add a host of collected data to enrich the video, such as speed, route, direction, and elevation. <br><br> Effective remote control distance: 25 m <br> Supported models: Osmo Action 6、Osmo Action 5 Pro, Osmo Action 4、Osmo 360 only <br><br> https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | **3. Linking Button**<br><br>• Short press: When the remote controller is connected to the camera, wake up the camera. Cancel linking when in linking process.<br><br>• Press and hold: The remote controller starts linking with the camera.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34.<br><br><br><br>https://www.dji.com/handheld/activity/biking. |

14

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  |  https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.   https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561. |

15

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | **Will the Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 record location information when shooting with the GPS Bluetooth Remote Controller?**<br><br>Osmo Action 4 shooting footage with GPS Bluetooth Remote Controller:<br><br>Video mode: Records dynamic location information, making it easy to add motion data later through the Mimo app.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34.<br><br>**What is the source of the motion data obtained after using Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 with the GPS Bluetooth remote controller?**<br><br>Videos recorded with the Osmo 360, Osmo Action 6, Osmo Action 5 Pro, or Osmo Action 4 used with the GPS Bluetooth Remote Controller can include real-time information such as speed, trajectory, direction, total mileage, altitude, G-force, and tilt angle in the Mimo app.<br><br>Real-time speed, trajectory, direction, and total mileage data are sourced from GPS data.<br><br>G-force and tilt angle data are sourced from the IMU data of Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 devices.<br><br>[Prompt]<br><br>1) Exporting motion data individually is not supported; it can only be added via the dashboard feature in the Mimo app.<br><br>2) Importing motion data from other devices is not supported.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

17

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

18

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller <br> https://www.youtube.com/watch?v=hkAproZoSYM. |

20

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

21

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

22

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

23

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | <br><br>How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide) <br><br> https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

25

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

26

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide) <br><br> https://www.youtube.com/watch?v=2R2MUQ5k6Us. |
| [1.b] when detecting that said function has been switched on, transmitting, by the first terminal, a location-obtaining request to the second terminal, so that the second terminal can obtain current location information of the second | The Accused '910 Products will, when detecting that said function has been switched on, transmit, by the first terminal, a location-obtaining request to the second terminal, so that the second terminal can obtain current location information of the second terminal in response to the location-obtaining request, and return the obtained location information of the second terminal to the first terminal. |

27

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| terminal in response to the location-obtaining request, and return the obtained location information of the second terminal to the first terminal; | For example, the Accused '910 Products such as the Osmo 360 will, after that wireless communications are enabled, transmit a request to the GPS Bluetooth Remote Controller to obtain current location information, and the location information is returned from the GPS Bluetooth Remote Controller to the Osmo 360.<br><br>*See, e.g.*:<br><br><br><br>https://www.dji.com/handheld/activity/biking. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  | https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561. https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | **Will the Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 record location information when shooting with the GPS Bluetooth Remote Controller?**<br><br>Osmo Action 4 shooting footage with GPS Bluetooth Remote Controller:<br><br>Video mode: Records dynamic location information, making it easy to add motion data later through the Mimo app.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34.<br><br>**What is the source of the motion data obtained after using Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 with the GPS Bluetooth remote controller?**<br><br>Videos recorded with the Osmo 360, Osmo Action 6, Osmo Action 5 Pro, or Osmo Action 4 used with the GPS Bluetooth Remote Controller can include real-time information such as speed, trajectory, direction, total mileage, altitude, G-force, and tilt angle in the Mimo app.<br><br>Real-time speed, trajectory, direction, and total mileage data are sourced from GPS data.<br><br>G-force and tilt angle data are sourced from the IMU data of Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 devices.<br><br>[Prompt]<br><br>1) Exporting motion data individually is not supported; it can only be added via the dashboard feature in the Mimo app.<br><br>2) Importing motion data from other devices is not supported.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | After video footage shot with Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 used with the GPS Bluetooth Remote Controller is automatically segmented, is the mileage data continuous? <br><br> After videos shot with Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 used with the GPS Bluetooth remote controller are automatically split, the mileage data will not be continuous. <br><br> After automatic splitting occurs when a video reaches 16GB on Osmo 360, Osmo Action 6, Osmo Action 5 Pro, or Osmo Action 4, the mileage in the dashboard information of the next segment will start from zero. When adding dashboard data to each split video segment, only the activity data for that specific segment will be included. <br><br> https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | <br>Osmo Action \| GPS Bluetooth Remote Controller<br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  |  Osmo Action \| GPS Bluetooth Remote Controller <br> https://www.youtube.com/watch?v=hkAproZoSYM. |

33

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | <br>Osmo Action \| GPS Bluetooth Remote Controller<br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  | <br>Osmo Action \| GPS Bluetooth Remote Controller<br>https://www.youtube.com/watch?v=hkAproZoSYM. |

35

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  | <br>**Osmo Action \| GPS Bluetooth Remote Controller**<br>https://www.youtube.com/watch?v=hkAproZoSYM. |

36

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  |  Osmo Action \| GPS Bluetooth Remote Controller <br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

39

## Infringement of U.S. Patent No.  9,154,910

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

40

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  |  https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

41

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  | <br>How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | <br>How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

43

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

44

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

45

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide) https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

46

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide) https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide) <br><br> https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

48

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | ## Introduction<br><br>This demo provides a set of code running on the ESP32-C6 development board (based on the ESP-IDF framework), demonstrating how to parse, process, and send the DJI R SDK protocol to control the camera. The example program implements basic remote control functions, including: long-pressing the BOOT button to connect to the nearest (compatible) Osmo Action / Osmo 360 device, single-clicking to control recording, quickly switching modes, and pushing GPS data based on the LC76G GNSS module. Additionally, the program dynamically adjusts the RGB LED display based on the device's status.<br><br>Before reading this document and the code, it is recommended to first review the Getting Started Guide.<br><br>## Key Features<br><br>- **Protocol Parsing**: The protocol layer demonstrates how to parse the DJI R SDK protocol, which is **platform-independent and easy to port to other development platforms**.<br>- **GPS Data Push**: Collect GPS data at a 10Hz frequency using the LC76G GNSS module, parse it, and push it to the camera in real time.<br>- **Button Support**: Supports single-click (start/stop recording) and long-press (search for and connect to the nearest camera) operations. In the program, the handling of the button operations is managed by `key_logic`.<br>- **RGB LED Support**: Monitors the system status in real time and dynamically adjusts the RGB LED color based on status changes.<br>- **Other Features**: Switch the camera to a specific mode, quick switch mode (QS), subscribe to camera status, query camera version, and more.<br><br>https://github.com/dji-sdk/Osmo-GPS-Controller-Demo. |
| [1.c] receiving the location information of the second terminal, and using the location information of the second | The Accused '910 Products receive the location information of the second terminal, and use the location information of the second terminal as location information of the first terminal. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| terminal as location information of the first terminal, and | For example, the Accused '910 Products such as the Osmo 360 receive location information from the GPS Bluetooth Remote Controller, and use the location information of the GPS Bluetooth Remote Controller as the location information of the Osmo 360.<br><br>*See, e.g.*:<br><br><br><br>https://www.dji.com/handheld/activity/biking. |

51

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561. https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | **Will the Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 record location information when shooting with the GPS Bluetooth Remote Controller?**<br><br>Osmo Action 4 shooting footage with GPS Bluetooth Remote Controller:<br><br>Video mode: Records dynamic location information, making it easy to add motion data later through the Mimo app.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34.<br><br>**What is the source of the motion data obtained after using Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 with the GPS Bluetooth remote controller?**<br><br>Videos recorded with the Osmo 360, Osmo Action 6, Osmo Action 5 Pro, or Osmo Action 4 used with the GPS Bluetooth Remote Controller can include real-time information such as speed, trajectory, direction, total mileage, altitude, G-force, and tilt angle in the Mimo app.<br><br>Real-time speed, trajectory, direction, and total mileage data are sourced from GPS data.<br><br>G-force and tilt angle data are sourced from the IMU data of Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 devices.<br><br>[Prompt]<br><br>1) Exporting motion data individually is not supported; it can only be added via the dashboard feature in the Mimo app.<br><br>2) Importing motion data from other devices is not supported.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  | After video footage shot with Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 used with the GPS Bluetooth Remote Controller is automatically segmented, is the mileage data continuous?<br><br>After videos shot with Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 used with the GPS Bluetooth remote controller are automatically split, the mileage data will not be continuous.<br><br>After automatic splitting occurs when a video reaches 16GB on Osmo 360, Osmo Action 6, Osmo Action 5 Pro, or Osmo Action 4, the mileage in the dashboard information of the next segment will start from zero. When adding dashboard data to each split video segment, only the activity data for that specific segment will be included.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

54

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  | <br>Osmo Action \| GPS Bluetooth Remote Controller<br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller  https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

57

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

59

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | Osmo Action \| GPS Bluetooth Remote Controller https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
| --- | --- |
| |  Osmo Action \| GPS Bluetooth Remote Controller <br> https://www.youtube.com/watch?v=hkAproZoSYM. |

61

Case 2:26-cv-00467   Document 1-4   Filed 06/11/26   Page 63 of 92 PageID #: 183

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

62

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

63

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  | <br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

64

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide) https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

65

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)  https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

66

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide) https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

67

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | <br>**How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)**<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

68

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide) https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

69

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

70

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide) https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

71

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide) <br><br> https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

72

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | ## Introduction<br><br>This demo provides a set of code running on the ESP32-C6 development board (based on the ESP-IDF framework), demonstrating how to parse, process, and send the DJI R SDK protocol to control the camera. The example program implements basic remote control functions, including: long-pressing the BOOT button to connect to the nearest (compatible) Osmo Action / Osmo 360 device, single-clicking to control recording, quickly switching modes, and pushing GPS data based on the LC76G GNSS module. Additionally, the program dynamically adjusts the RGB LED display based on the device's status.<br><br>Before reading this document and the code, it is recommended to first review the Getting Started Guide.<br><br>## Key Features<br><br>• **Protocol Parsing**: The protocol layer demonstrates how to parse the DJI R SDK protocol, which is **platform-independent and easy to port to other development platforms**.<br>• **GPS Data Push**: Collect GPS data at a 10Hz frequency using the LC76G GNSS module, parse it, and push it to the camera in real time.<br>• **Button Support**: Supports single-click (start/stop recording) and long-press (search for and connect to the nearest camera) operations. In the program, the handling of the button operations is managed by `key_logic`.<br>• **RGB LED Support**: Monitors the system status in real time and dynamically adjusts the RGB LED color based on status changes.<br>• **Other Features**: Switch the camera to a specific mode, quick switch mode (QS), subscribe to camera status, query camera version, and more.<br><br>https://github.com/dji-sdk/Osmo-GPS-Controller-Demo. |

73

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| [1.d] performing, by the first terminal, a location-based application operation in accordance with the location information. | The Accused '910 Products perform, by the first terminal, a location-based application operation in accordance with the location information.<br><br>For example, the Accused '910 Products such as the Osmo 360 perform a location-based application operation, such as embedding GPS data into a video file or generating location-based dashboard overlays, in accordance with the location information.<br><br>*See, e.g.*:<br><br><br><br>https://www.dji.com/handheld/activity/biking. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561. https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
| --- | --- |
| | **Will the Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 record location information when shooting with the GPS Bluetooth Remote Controller?**<br><br>Osmo Action 4 shooting footage with GPS Bluetooth Remote Controller:<br><br>Video mode: Records dynamic location information, making it easy to add motion data later through the Mimo app.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34.<br><br>**What is the source of the motion data obtained after using Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 with the GPS Bluetooth remote controller?**<br><br>Videos recorded with the Osmo 360, Osmo Action 6, Osmo Action 5 Pro, or Osmo Action 4 used with the GPS Bluetooth Remote Controller can include real-time information such as speed, trajectory, direction, total mileage, altitude, G-force, and tilt angle in the Mimo app.<br><br>Real-time speed, trajectory, direction, and total mileage data are sourced from GPS data.<br><br>G-force and tilt angle data are sourced from the IMU data of Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 devices.<br><br>[Prompt]<br><br>1) Exporting motion data individually is not supported; it can only be added via the dashboard feature in the Mimo app.<br><br>2) Importing motion data from other devices is not supported.<br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | After video footage shot with Osmo 360/Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 used with the GPS Bluetooth Remote Controller is automatically segmented, is the mileage data continuous? <br><br> After videos shot with Osmo Action 6/Osmo Action 5 Pro/Osmo Action 4 used with the GPS Bluetooth remote controller are automatically split, the mileage data will not be continuous. <br><br> After automatic splitting occurs when a video reaches 16GB on Osmo 360, Osmo Action 6, Osmo Action 5 Pro, or Osmo Action 4, the mileage in the dashboard information of the next segment will start from zero. When adding dashboard data to each split video segment, only the activity data for that specific segment will be included. <br><br> https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | <br><br>Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

80

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  | <br>Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | <br>Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  Osmo Action \| GPS Bluetooth Remote Controller<br><br>https://www.youtube.com/watch?v=hkAproZoSYM. |

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  |  Osmo Action \| GPS Bluetooth Remote Controller <br><br> https://www.youtube.com/watch?v=hkAproZoSYM. |

86

**Infringement of U.S. Patent No.  9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
|  | <br><br>https://support.dji.com/help/content?customId=en-us03400008289&documentType=artical&lang=en&paperDocType=paper&re=US&spaceId=34. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| |  How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

88

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

**Infringement of U.S. Patent No. 9,154,910**

| Claim Element | Example Evidence of Infringement in the Accused '910 Products |
|---|---|
| | How To Add GPS Overlays On Your DJI Osmo 360 Footage (Step By Step Guide)<br><br>https://www.youtube.com/watch?v=2R2MUQ5k6Us. |

91