# EXHIBIT 5

**Infringement of U.S. Patent No.  8,908,090**

**EXHIBIT 5**

**U.S. Patent No. 8,908,090**

**Infringement Claim Chart**

The claim charts provided herein are based on information obtained to date and may not be exhaustive. Plaintiffs Arashi Vision Inc. (d/b/a Insta360) and Yilu Gaofei (Shenzhen) Technology Co., Ltd.'s (collectively, "Plaintiffs" or "Insta360") investigation of Defendants SZ DJI Technology Co., Ltd., SZ DJI Osmo Technology Co., Ltd., iFlight Technology Company Limited, and DJI Europe B.V. (collectively, "Defendants" or "DJI") infringement is ongoing. Fact discovery has not begun, and to date, Plaintiffs have not yet received documents from nor conducted any depositions regarding the Accused '090 Products identified in the cover pleading to which this chart is attached. Plaintiffs reserve the right to supplement and/or amend these charts to identify additional Accused '090 Products, additional asserted claims, and/or to further identify where each element of each claim is found in Accused Product, including on the basis of discovery obtained from Defendants, or from third parties during the course of this litigation.

For any dependent claim, Plaintiffs incorporate by reference the disclosures, evidence, and analysis set forth for the independent claim from which that dependent claim depends, as if fully set forth herein. Plaintiffs' inclusion of any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Plaintiffs reserve the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

This claim chart identifies an exemplary Accused '090 Product for illustrative purposes. Upon information and belief, the Accused '090 Products identified in the Complaint operate in substantially the same manner with respect to the claimed inventions and therefore infringe the asserted claims for substantially the same reasons described herein. Plaintiffs' identification of an exemplary Accused '090 Product is not intended to limit its infringement allegations to that product alone.

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| [1.Pre] A method for adjusting a pointing direction of a camera housed by an active stabilization system, the active stabilization system executing | The Accused '090 Products include a method for adjusting a pointing direction of a camera housed by an active stabilization system, the active stabilization system executing a stabilization process to stabilize the pointing direction of the camera. |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| a stabilization process to stabilize the pointing direction of the camera, the method comprising: | For example, the Accused '090 Products adjust a pointing direction of a camera housed by an active camera stabilization system that stabilizes the pointing direction of the camera by executing a stabilization process.<br><br>*See, e.g.*:<br><br><br><br>https://www.dji.com/rs-5/video "DJI RS 5 \| Intro Video" at 0:07. |

2

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | https://www.dji.com/rs-5/video "DJI RS 5 \| Intro Video" at 0:16. |

3

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | https://www.dji.com/osmo-mobile-7-series/video "Osmo Mobile 7 Series │ Intro Video" at 1:10. |

4

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | **1    Overview**<br><br><br><br>1.  Touchscreen<br>2.  Gimbal Mode Switch<br>3.  Joystick<br>4.  Camera Control Button<br>5.  Quick-Open Tripod<br>6.  Tilt Axis<br>7.  Tilt Motor<br>8.  Tilt Lock<br>9.  Pan Axis<br>10. Pan Lock<br>11. Pan Motor<br>12. NATO Port<br>13. Power Button<br>14. M Button<br><br>15. Multifunctional Port<br>16. RSS Camera Control Port (USB-C)<br>17. RSA/NATO Ports<br>18. Front Dial<br>19. Trigger<br>20. Battery grip<br>21. Charging Port (USB-C)<br>22. Roll Axis<br>23. Roll Motor<br>24. Roll Lock<br>25. Joystick Mode Switch<br>26. Grip Lever/Safety Button<br>27. Battery Level Button<br>28. Battery Level LEDs<br><br>https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 6. |

5

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | <br><br>https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 21. |

6

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | FPV: Pan, tilt, and roll follow, where all three axes follow the movement of the grip. Suitable for scenarios when rotating the camera. **FPV** <br><br> Custom: Enables or disables any axis follow as required. Lock mode is enabled when the three axes are disabled. All the three axes will not follow the movement of the grip in lock mode. Suitable for smooth tracking shots and quick reaction shots. **Custom** <br><br> In 3D Roll 360 mode, the tilt axis is rotated 90° upwards and the camera lens is vertically upwards, at which point you can use the joystick to control the 360° rotation of the pan axis. Suitable for rotating shots. **3D Roll 360** <br><br> https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 22. |

7

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | Introduction<br><br>Cameras fixed to an aircraft will record images that pitch and roll with the aircraft as it moves. Multi rotor aircraft need to pitch and roll simply to move horizontally, and so getting a stable horizontal shot is not possible.<br><br>A gimbal is used to keep a camera or sensor horizontal when its mount (e.g. aircraft) is moving. The gimbal has three motors controlling rotation in perpendicular axes. The gimbal feeds gyroscope information back to the motor controllers to compensate for rotational movement of the mount.<br><br>In addition to stabilization, the three motors can be used to control the direction the camera is pointing, and can be used to smoothly track a target, or pan a shot. The three axes of rotation are referred to as Pitch, Roll and Yaw, and the gimbal orientation is referred to as its attitude. Explanations of these axes can be found in the Flight Control Concepts.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html.<br><br>Work Modes<br><br>The gimbal has several work modes that define how the gimbal follows aircraft movement, and how many axes are available for control.<br><br>• **FPV (First Person View) Mode**: Only pitch is controllable. Yaw and roll will be fixed relative to the product while pitch remains controllable.<br>• **Yaw Follow Mode**: Pitch and roll are controllable. Yaw will follow the products heading.<br>• **Free Mode**: Pitch, roll and yaw are all controllable, meaning the gimbal can move independently of the product's yaw. In this mode, even if the product yaw changes, the camera will continue pointing in the same world direction.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | **Osmo and Ronin-MX Functionality**<br><br>Osmo and Ronin-MX can be used in a handheld configuration, and allow additional customizations to how the gimbal responds to user movement.<br><br>**SmoothTrack**<br><br>SmoothTrack describes how and when the gimbal will compensate for yaw and pitch movement at it's mount (e.g. Osmo handle). SmoothTrack speed, acceleration and deadband can be customized. The animation below shows the gimbal compensating for handle yaw rotation relatively slowly. Roll is not supported with SmoothTrack as a horizontal image is usually preferred.<br><br><br><br>• **SmoothTrack Speed** is the gimbal's *catch-up* speed to large mount rotations. A faster speed will be more responsive for tracking fast moving objects, but also produce less smooth video.<br><br>• **SmoothTrack Acceleration** determines how closely the gimbal will compensate for handle movement (how quickly it will reach the SmoothTrack speed). A fast acceleration will be more responsive to small handle rotations, and therefore less able to smooth out small unwanted rotations.<br><br>• **SmoothTrack Deadband** determines the amount of rotation required before the gimbal starts to compensate. A larger deadband requires more mount movement before the gimbal will start to move. Having a large deadband is useful for when the camera is moving a lot, and the subject is relatively stationary. Smaller deadbands are required if quicker response is needed to mount movement.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| [1.a] detecting an externally applied force; | The Accused '090 Products detect an externally applied force.<br><br>For example, the Accused '090 Products detect an externally applied force to enable adjustment of the camera's pointing direction.<br><br>*See, e.g.*: |

10

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | **1    Overview**<br><br><br><br>1. Touchscreen      15. Multifunctional Port<br>2. Gimbal Mode Switch      16. RSS Camera Control Port (USB-C)<br>3. Joystick      17. RSA/NATO Ports<br>4. Camera Control Button      18. Front Dial<br>5. Quick-Open Tripod      19. Trigger<br>6. Tilt Axis      20. Battery grip<br>7. Tilt Motor      21. Charging Port (USB-C)<br>8. Tilt Lock      22. Roll Axis<br>9. Pan Axis      23. Roll Motor<br>10. Pan Lock      24. Roll Lock<br>11. Pan Motor      25. Joystick Mode Switch<br>12. NATO Port      26. Grip Lever/Safety Button<br>13. Power Button      27. Battery Level Button<br>14. M Button      28. Battery Level LEDs<br><br>https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 6. |

11

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
|  |

https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 21. |

12

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | FPV <br><br> FPV: Pan, tilt, and roll follow, where all three axes follow the movement of the grip. <br> Suitable for scenarios when rotating the camera. <br><br> Custom <br><br> Custom: Enables or disables any axis follow as required. Lock mode is enabled when the three axes are disabled. All the three axes will not follow the movement of the grip in lock mode. Suitable for smooth tracking shots and quick reaction shots. <br><br> 3D Roll 360 <br><br> In 3D Roll 360 mode, the tilt axis is rotated 90° upwards and the camera lens is vertically upwards, at which point you can use the joystick to control the 360° rotation of the pan axis. Suitable for rotating shots. <br><br> https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 22. |

13

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | **Working Performance** <br><br> Tested Payload — 3.0 kg (6.6 lbs) <br><br> Maximum Controlled Rotation Speed — Pan: 360°/s, Tilt: 360°/s, Roll: 360°/s <br><br> Mechanical Range — Pan Axis: 360° continuous rotation, Roll Axis: -95° to +240°, Tilt Axis: -112° to +214° <br><br> Axis Lock — Auto <br><br> Vertical Shooting — Supported <br><br> https://www.dji.com/rs-5/specs. |

14

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
|  |  <br> https://www.dji.com/rs-5/video "DJI RS Series \| DJI Ronin App" at 6:13. |

15

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | 3. Settings<br><br>In the System Settings, you can perform gimbal auto check, auto lock settings, and parameter restoration. Key features include:<br><br>• Z-axis Indicator: Enabled by default, tap to disable.<br><br>• Push Mode: Enable to manually control the tilt and pan axis.<br><br>• Orbit Follow: When enabled, the gimbal obtains smoother movements after enabling when shooting arc shots.<br><br>https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 19. |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| |  https://dl.djicdn.com/downloads/Ronin-S/20200109/Ronin_S_User_Manual_v1.6_en.pdf at 24. |

17

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | Gimbal Follow Mode<br>Pan and Tilt Follow: Pan and tilt axes follow the movement of the grip.<br>Pan Follow: Only pan axis follows the movement of the grip.<br>FPV: Pan, tilt and roll axes follow the movement of the grip. Speed must be set to Medium, High or Customized. FPV mode is not available when the speed is set to Low. When the speed is set to customized, the pan speed value must be set to 50 or higher. Note that Deadband is unavailable in FPV mode.<br>Custom: Tap the blue arrows of the figure to manually set which axis will follow the movement of the grip.<br>3D Roll 360: Allows the camera to rotate 360° at any attitude.<br><br>Speed: Determines how fast the camera travels while translating a pan, tilt, or roll movement.<br>Deadband: The deadband determines how much movement the gimbal tolerates prior to translating the pan, tilt, and roll movement of the camera.<br>Push: After enabling Push, the gimbal axis can be manually pushed to the desired position.<br><br>https://dl.djicdn.com/downloads/Ronin-S/20200109/Ronin_S_User_Manual_v1.6_en.pdf at 24. |

18

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | ## Introduction<br><br>Cameras fixed to an aircraft will record images that pitch and roll with the aircraft as it moves. Multi rotor aircraft need to pitch and roll simply to move horizontally, and so getting a stable horizontal shot is not possible.<br><br>A gimbal is used to keep a camera or sensor horizontal when its mount (e.g. aircraft) is moving. The gimbal has three motors controlling rotation in perpendicular axes. The gimbal feeds gyroscope information back to the motor controllers to compensate for rotational movement of the mount.<br><br>In addition to stabilization, the three motors can be used to control the direction the camera is pointing, and can be used to smoothly track a target, or pan a shot. The three axes of rotation are referred to as Pitch, Roll and Yaw, and the gimbal orientation is referred to as its attitude. Explanations of these axes can be found in the Flight Control Concepts.<br><br>Gimbals have mechanical limits (or stops) to their rotation around each axis. When a sensor is mounted on a gimbal, many data and control lines are required to go from mount to sensor. These control lines are usually bundled in a cable assembly or flex circuit, both of which will limit the available rotation of the gimbal. Additionally, gimbals will also limit rotation so cameras cannot see landing gear or the product itself.<br><br>The DJI Mobile SDK gives access to gimbal capabilities, state, and control. Numerous settings are possible with the gimbal that define its work mode and how it compensates for movement.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html.<br><br>## Gimbal State<br><br>The gimbal component pushes state information back to the Mobile device at up to 10 Hz. State information includes current attitude, calibration state, calibration offsets, work mode, and whether the gimbal is at a mechanical stop.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 21. |

20

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | <br><br>FPV: Pan, tilt, and roll follow, where all three axes follow the movement of the grip.<br>Suitable for scenarios when rotating the camera.<br><br>**FPV**<br><br>**Custom**  Custom: Enables or disables any axis follow as required. Lock mode is enabled when the three axes are disabled. All the three axes will not follow the movement of the grip in lock mode. Suitable for smooth tracking shots and quick reaction shots.<br><br>**3D Roll 360**  In 3D Roll 360 mode, the tilt axis is rotated 90° upwards and the camera lens is vertically upwards, at which point you can use the joystick to control the 360° rotation of the pan axis. Suitable for rotating shots.<br><br>https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 22. |

21

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | SmoothTrack<br><br>SmoothTrack describes how and when the gimbal will compensate for yaw and pitch movement at it's mount (e.g. Osmo handle). SmoothTrack speed, acceleration and deadband can be customized. The animation below shows the gimbal compensating for handle yaw rotation relatively slowly. Roll is not supported with SmoothTrack as a horizontal image is usually preferred.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html.<br><br>• **SmoothTrack Speed** is the gimbal's *catch-up* speed to large mount rotations. A faster speed will be more responsive for tracking fast moving objects, but also produce less smooth video.<br><br>• **SmoothTrack Acceleration** determines how closely the gimbal will compensate for handle movement (how quickly it will reach the SmoothTrack speed). A fast acceleration will be more responsive to small handle rotations, and therefore less able to smooth out small unwanted rotations.<br><br>• **SmoothTrack Deadband** determines the amount of rotation required before the gimbal starts to compensate. A larger deadband requires more mount movement before the gimbal will start to move. Having a large deadband is useful for when the camera is moving a lot, and the subject is relatively stationary. Smaller deadbands are required if quicker response is needed to mount movement.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | **Moving the Gimbal**<br><br>Rotate Gimbal — method — rotate<br>Look At — method — lookAt<br><br>*Related:*<br><br>enum — LookAtMode<br>enum — DetectionResultOnAxis<br>enum — BalanceDetectionProgressStatus<br>enum — CoaxialityDetectionProgressStatus<br>enum — DirectionAdjustmentResult<br>enum — SuggestedDirectionAdjustment<br>enum — ControlParametersAutoTuningStatus<br>enum — RotationalInertiaState<br>enum — AxialStiffnessState<br>enum — ResetDirection<br>class — Callback<br>class — Callback<br>class — BatteryChargeRemainingCallback<br>class — GimbalBalanceDetectionState<br>class — GimbalControlParametersAutoTuningState<br>class — GimbalCoaxialityDetectionState<br>General    class — GimbalState<br>class — MovementSettings<br>class — Attitude<br>enum — Axis<br>enum — GimbalMode<br>enum — BalanceTestResult<br>enum — MovementSettingsProfile<br>enum — MotorControlPreset<br>enum — EndpointDirection<br>enum — BalanceState<br>enum — CapabilityKey<br>class — Rotation<br>class — MultiGimbalConnectionWorkingStatus<br><br>https://developer.dji.com/api-reference/android-api/Components/Gimbal/DJIGimbal.html. |

23

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| [1.b] disabling an angle-based control loop of the stabilization process upon detecting a manual adjustment condition, the stabilization process further comprising a rate-based control loop configured to receive a commanded angular rate from the angle-based control loop; | The Accused '090 Products disable an angle-based control loop of the stabilization process upon detecting a manual adjustment condition and maintains a rate-based control loop configured to receive a commanded angular rate from the angle-based control loop.<br><br>For example, the Accused '090 Products enable adjustment of the camera's pointing direction by an externally applied force and disabling the stabilization process upon detection of the manual adjustment. The stabilization process comprises an angle-based control loop and a rate-based control loop configured to receive a commanded angular rate from the angle-based control loop.<br><br>*See, e.g.*: |

24

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| |  https://www.dji.com/rs-5/video "DJI RS Series \| DJI Ronin App" at 6:13. |

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | 3. Settings<br><br>In the System Settings, you can perform gimbal auto check, auto lock settings, and parameter restoration. Key features include:<br><br>• Z-axis Indicator: Enabled by default, tap to disable.<br><br>• Push Mode: Enable to manually control the tilt and pan axis.<br><br>• Orbit Follow: When enabled, the gimbal obtains smoother movements after enabling when shooting arc shots.<br><br>https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 19. |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
| --- | --- |
| |  |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | https://dl.djicdn.com/downloads/Ronin-S/20200109/Ronin_S_User_Manual_v1.6_en.pdf at 24.<br><br>Gimbal Follow Mode<br>Pan and Tilt Follow: Pan and tilt axes follow the movement of the grip.<br>Pan Follow: Only pan axis follows the movement of the grip.<br>FPV: Pan, tilt and roll axes follow the movement of the grip. Speed must be set to Medium, High or Customized. FPV mode is not available when the speed is set to Low. When the speed is set to customized, the pan speed value must be set to 50 or higher. Note that Deadband is unavailable in FPV mode.<br>Custom: Tap the blue arrows of the figure to manually set which axis will follow the movement of the grip.<br>3D Roll 360: Allows the camera to rotate 360° at any attitude.<br><br>Speed: Determines how fast the camera travels while translating a pan, tilt, or roll movement.<br>Deadband: The deadband determines how much movement the gimbal tolerates prior to translating the pan, tilt, and roll movement of the camera.<br>Push: After enabling Push, the gimbal axis can be manually pushed to the desired position.<br><br>https://dl.djicdn.com/downloads/Ronin-S/20200109/Ronin_S_User_Manual_v1.6_en.pdf at 24. |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | ### Motor Control<br><br>For gimbals with adjustable payloads, finer level motor control is useful to compensate for payloads with different masses. The controller is a proportional-integral-derivative (PID) type, and it's coefficients can all be adjusted.<br><br>• **Stiffness:** The proportional term of a PID controller<br>• **Strength:** The coefficient for the integral term of a PID controller<br>• **Precontrol:** The coefficient for the derivative term of a PID controller<br>• **Gyro Filtering:** The coefficient for denoising the output<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html.<br><br>Typical flight control methods for multi-rotor aerial vehicles utilize cascaded proportional-integral-derivative (PID) control in which attitude control is cascaded with angular velocity control. Based on conventional PID adjustment methods, the parameters for an inner loop of the control (angular velocity loop) and outer loop of the control (angle loop) are sequentially tuned. There is a strong depen-<br><br>U.S. Patent No. 9,958,874 at 1:12-18. |

29

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | Traditional attitude control methods for multi-rotor aircraft control schemes utilize cascaded proportional-integral-derivative (PID) control in which attitude control is cascaded with angular velocity control. Based on conventional PID adjustment methods, the parameters for an inner loop (angular velocity loop) and outer loop (angle loop) may be sequentially tuned. U.S. Patent No. 9,958,874 at 7:13-19. A portion of the control scheme may include one or more PID controllers (e.g., PID Controller**4**, PID Controller**1**). These may include an inner PID loop and outer PID loop. U.S. Patent No. 9,958,874 at 26:29-31. Another portion of the control scheme may include one or more PID controllers (e.g., PID Controller**2**, PID Controller**3**, PID Controller **5**). This may include one or more inner PID loops and/or outer PID loops. Any number of PID loops U.S. Patent No. 9,958,874 at 26:43-46. The systems and methods described herein may model the dynamics of aircraft flight and develop a control scheme to stabilize the attitude of a multi-rotor aircraft, of which the configuration manifold can be nonlinear. The dynamics and |

30

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | U.S. Patent No. 9,958,874 at 14:1-4.<br><br>    The proposed controller may have less oscillation than the conventional controller. The proposed controller may have little or no oscillation. Oscillation may refer to variation in the attitude of an aircraft around the target angle. For example, when an aircraft is approaching a target angle, there may be some overshot and/or overcompensation that may cause some variation before the aircraft reaches and stabilizes at the target angle.<br><br>U.S. Patent No. 9,958,874 at 28:11-18.<br><br>SmoothTrack<br><br>SmoothTrack describes how and when the gimbal will compensate for yaw and pitch movement at it's mount (e.g. Osmo handle). SmoothTrack speed, acceleration and deadband can be customized. The animation below shows the gimbal compensating for handle yaw rotation relatively slowly. Roll is not supported with SmoothTrack as a horizontal image is usually preferred.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |

31

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | <ul><li>**SmoothTrack Speed** is the gimbal's *catch-up* speed to large mount rotations. A faster speed will be more responsive for tracking fast moving objects, but also produce less smooth video.</li><li>**SmoothTrack Acceleration** determines how closely the gimbal will compensate for handle movement (how quickly it will reach the SmoothTrack speed). A fast acceleration will be more responsive to small handle rotations, and therefore less able to smooth out small unwanted rotations.</li><li>**SmoothTrack Deadband** determines the amount of rotation required before the gimbal starts to compensate. A larger deadband requires more mount movement before the gimbal will start to move. Having a large deadband is useful for when the camera is moving a lot, and the subject is relatively stationary. Smaller deadbands are required if quicker response is needed to mount movement.</li></ul><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | Osmo and Ronin-MX Functionality<br><br>Osmo and Ronin-MX can be used in a handheld configuration, and allow additional customizations to how the gimbal responds to user movement.<br><br>SmoothTrack<br><br>SmoothTrack describes how and when the gimbal will compensate for yaw and pitch movement at it's mount (e.g. Osmo handle). SmoothTrack speed, acceleration and deadband can be customized. The animation below shows the gimbal compensating for handle yaw rotation relatively slowly. Roll is not supported with SmoothTrack as a horizontal image is usually preferred.<br><br><br><br>• **SmoothTrack Speed** is the gimbal's *catch-up* speed to large mount rotations. A faster speed will be more responsive for tracking fast moving objects, but also produce less smooth video.<br><br>• **SmoothTrack Acceleration** determines how closely the gimbal will compensate for handle movement (how quickly it will reach the SmoothTrack speed). A fast acceleration will be more responsive to small handle rotations, and therefore less able to smooth out small unwanted rotations.<br><br>• **SmoothTrack Deadband** determines the amount of rotation required before the gimbal starts to compensate. A larger deadband requires more mount movement before the gimbal will start to move. Having a large deadband is useful for when the camera is moving a lot, and the subject is relatively stationary. Smaller deadbands are required if quicker response is needed to mount movement.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| [1.c] adjusting the pointing angle of the camera in a direction of the externally applied force; | The Accused '090 Products adjust the pointing angle of the camera in a direction of the externally applied force. <br><br> For example, the Accused '090 Products adjust the pointing angle of the camera in a direction of the externally applied force (*e.g.*, in Push Mode). <br><br> *See, e.g.*: <br><br> <br><br> https://www.dji.com/rs-5/video "DJI RS Series \| DJI Ronin App" at 6:13. |

34

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | 3. Settings<br><br>In the System Settings, you can perform gimbal auto check, auto lock settings, and parameter restoration. Key features include:<br><br>• Z-axis Indicator: Enabled by default, tap to disable.<br><br>• Push Mode: Enable to manually control the tilt and pan axis.<br><br>• Orbit Follow: When enabled, the gimbal obtains smoother movements after enabling when shooting arc shots.<br><br>https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 19. |

35

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
|  |  |

36

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | https://dl.djicdn.com/downloads/Ronin-S/20200109/Ronin_S_User_Manual_v1.6_en.pdf at 24.<br><br>Gimbal Follow Mode<br>Pan and Tilt Follow: Pan and tilt axes follow the movement of the grip.<br>Pan Follow: Only pan axis follows the movement of the grip.<br>FPV: Pan, tilt and roll axes follow the movement of the grip. Speed must be set to Medium, High or Customized. FPV mode is not available when the speed is set to Low. When the speed is set to customized, the pan speed value must be set to 50 or higher. Note that Deadband is unavailable in FPV mode.<br>Custom: Tap the blue arrows of the figure to manually set which axis will follow the movement of the grip.<br>3D Roll 360: Allows the camera to rotate 360° at any attitude.<br><br>Speed: Determines how fast the camera travels while translating a pan, tilt, or roll movement.<br>Deadband: The deadband determines how much movement the gimbal tolerates prior to translating the pan, tilt, and roll movement of the camera.<br>Push: After enabling Push, the gimbal axis can be manually pushed to the desired position.<br><br>https://dl.djicdn.com/downloads/Ronin-S/20200109/Ronin_S_User_Manual_v1.6_en.pdf at 24. |
| [1.d] measuring a pointing angle of the camera; and | The Accused '090 Products measure a pointing angle of the camera. |

37

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | For example, the Accused '090 Products measure pan, tilt, and roll axes angles relating to camera pointing angle.<br><br>*See, e.g.*:<br><br>**1    Overview**<br><br><br><br>https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 6. |

38

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| |
https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 21. |

39

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| |  FPV: Pan, tilt, and roll follow, where all three axes follow the movement of the grip. Suitable for scenarios when rotating the camera.  FPV |
| | Custom: Enables or disables any axis follow as required. Lock mode is enabled when the three axes are disabled. All the three axes will not follow the movement of the grip in lock mode. Suitable for smooth tracking shots and quick reaction shots.  Custom |
| | In 3D Roll 360 mode, the tilt axis is rotated 90° upwards and the camera lens is vertically upwards, at which point you can use the joystick to control the 360° rotation of the pan axis. Suitable for rotating shots.  3D Roll 360 |
| | https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 22. |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | **Working Performance**<br><br>**Tested Payload** — 3.0 kg (6.6 lbs)<br><br>**Maximum Controlled Rotation Speed** — Pan: 360°/s, Tilt: 360°/s, Roll: 360°/s<br><br>**Mechanical Range** — Pan Axis: 360° continuous rotation, Roll Axis: -95° to +240°, Tilt Axis: -112° to +214°<br><br>**Axis Lock** — Auto<br><br>**Vertical Shooting** — Supported<br><br>https://www.dji.com/rs-5/specs. |

41

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | ## Introduction<br><br>Cameras fixed to an aircraft will record images that pitch and roll with the aircraft as it moves. Multi rotor aircraft need to pitch and roll simply to move horizontally, and so getting a stable horizontal shot is not possible.<br><br>A gimbal is used to keep a camera or sensor horizontal when its mount (e.g. aircraft) is moving. The gimbal has three motors controlling rotation in perpendicular axes. The gimbal feeds gyroscope information back to the motor controllers to compensate for rotational movement of the mount.<br><br>In addition to stabilization, the three motors can be used to control the direction the camera is pointing, and can be used to smoothly track a target, or pan a shot. The three axes of rotation are referred to as Pitch, Roll and Yaw, and the gimbal orientation is referred to as its attitude. Explanations of these axes can be found in the Flight Control Concepts.<br><br>Gimbals have mechanical limits (or stops) to their rotation around each axis. When a sensor is mounted on a gimbal, many data and control lines are required to go from mount to sensor. These control lines are usually bundled in a cable assembly or flex circuit, both of which will limit the available rotation of the gimbal. Additionally, gimbals will also limit rotation so cameras cannot see landing gear or the product itself.<br><br>The DJI Mobile SDK gives access to gimbal capabilities, state, and control. Numerous settings are possible with the gimbal that define its work mode and how it compensates for movement.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html.<br><br>## Gimbal State<br><br>The gimbal component pushes state information back to the Mobile device at up to 10 Hz. State information includes current attitude, calibration state, calibration offsets, work mode, and whether the gimbal is at a mechanical stop.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | SmoothTrack<br><br>SmoothTrack describes how and when the gimbal will compensate for yaw and pitch movement at it's mount (e.g. Osmo handle). SmoothTrack speed, acceleration and deadband can be customized. The animation below shows the gimbal compensating for handle yaw rotation relatively slowly. Roll is not supported with SmoothTrack as a horizontal image is usually preferred.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html.<br><br>• **SmoothTrack Speed** is the gimbal's *catch-up* speed to large mount rotations. A faster speed will be more responsive for tracking fast moving objects, but also produce less smooth video.<br><br>• **SmoothTrack Acceleration** determines how closely the gimbal will compensate for handle movement (how quickly it will reach the SmoothTrack speed). A fast acceleration will be more responsive to small handle rotations, and therefore less able to smooth out small unwanted rotations.<br><br>• **SmoothTrack Deadband** determines the amount of rotation required before the gimbal starts to compensate. A larger deadband requires more mount movement before the gimbal will start to move. Having a large deadband is useful for when the camera is moving a lot, and the subject is relatively stationary. Smaller deadbands are required if quicker response is needed to mount movement.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |

43

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | Osmo and Ronin-MX Functionality<br><br>Osmo and Ronin-MX can be used in a handheld configuration, and allow additional customizations to how the gimbal responds to user movement.<br><br>SmoothTrack<br><br>SmoothTrack describes how and when the gimbal will compensate for yaw and pitch movement at it's mount (e.g. Osmo handle). SmoothTrack speed, acceleration and deadband can be customized. The animation below shows the gimbal compensating for handle yaw rotation relatively slowly. Roll is not supported with SmoothTrack as a horizontal image is usually preferred.<br><br><br><br>• **SmoothTrack Speed** is the gimbal's *catch-up* speed to large mount rotations. A faster speed will be more responsive for tracking fast moving objects, but also produce less smooth video.<br><br>• **SmoothTrack Acceleration** determines how closely the gimbal will compensate for handle movement (how quickly it will reach the SmoothTrack speed). A fast acceleration will be more responsive to small handle rotations, and therefore less able to smooth out small unwanted rotations.<br><br>• **SmoothTrack Deadband** determines the amount of rotation required before the gimbal starts to compensate. A larger deadband requires more mount movement before the gimbal will start to move. Having a large deadband is useful for when the camera is moving a lot, and the subject is relatively stationary. Smaller deadbands are required if quicker response is needed to mount movement.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | **Moving the Gimbal**<br><br>Rotate Gimbal    method    rotate<br>Look At    method    lookAt<br><br>*Related:*<br><br>    enum    LookAtMode<br>    enum    DetectionResultOnAxis<br>    enum    BalanceDetectionProgressStatus<br>    enum    CoaxialityDetectionProgressStatus<br>    enum    DirectionAdjustmentResult<br>    enum    SuggestedDirectionAdjustment<br>    enum    ControlParametersAutoTuningStatus<br>    enum    RotationalInertiaState<br>    enum    AxialStiffnessState<br>    enum    ResetDirection<br>    class    Callback<br>    class    Callback<br>    class    BatteryChargeRemainingCallback<br>    class    GimbalBalanceDetectionState<br>    class    GimbalControlParametersAutoTuningState<br>    class    GimbalCoaxialityDetectionState<br>General    class    GimbalState<br>    class    MovementSettings<br>    class    Attitude<br>    enum    Axis<br>    enum    GimbalMode<br>    enum    BalanceTestResult<br>    enum    MovementSettingsProfile<br>    enum    MotorControlPreset<br>    enum    EndpointDirection<br>    enum    BalanceState<br>    enum    CapabilityKey<br>    class    Rotation<br>    class    MultiGimbalConnectionWorkingStatus<br><br>https://developer.dji.com/api-reference/android-api/Components/Gimbal/DJIGimbal.html. |

45

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| [1.e] re-enabling the angle-based control loop of the stabilization process to stabilize the pointing direction of the camera based on the measured pointing angle of the camera in response to detecting that the manual adjustment condition failed. | The Accused '090 Products re-enable the angle-based control loop of the stabilization process to stabilize the pointing direction of the camera based on the measured pointing angle of the camera in response to detecting that the manual adjustment condition failed.<br><br>For example, the Accused '090 Products re-enable the stabilization process to stabilize the pointing direction of the camera based on the measured pointing angle of the camera when no external force is applied to adjust the camera's pointing direction.<br><br>*See, e.g.*:<br><br><br><br>https://www.dji.com/rs-5/video "DJI RS 5 \| Intro Video" at 0:07. |

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| |  https://www.dji.com/rs-5/video "DJI RS 5 \| Intro Video" at 0:16. |

47

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | https://www.dji.com/osmo-mobile-7-series/video "Osmo Mobile 7 Series │ Intro Video" at 1:10. |

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | <br><br>**3.4   Gimbal Follow Modes**<br><br>PF: Pan follow, where only the pan axis follows the movement of the grip.<br>Suitable for scenarios such as shooting emerging walk-through and arc shots or moving from left to right.<br><br>PF<br><br>PTF: Pan and tilt follow, where both the pan and tilt axes follow the movement of the grip.<br>Suitable for scenarios when moving on a slant.<br><br>PTF<br><br>https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 21. |

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | FPV: Pan, tilt, and roll follow, where all three axes follow the movement of the grip. Suitable for scenarios when rotating the camera. **FPV** <br><br> Custom: Enables or disables any axis follow as required. Lock mode is enabled when the three axes are disabled. All the three axes will not follow the movement of the grip in lock mode. Suitable for smooth tracking shots and quick reaction shots. **Custom** <br><br> In 3D Roll 360 mode, the tilt axis is rotated 90° upwards and the camera lens is vertically upwards, at which point you can use the joystick to control the 360° rotation of the pan axis. Suitable for rotating shots. **3D Roll 360** <br><br> https://dl.djicdn.com/downloads/DJI_RS_5/20260115/UM_2/DJI_RS_5_User_Manual_en.pdf at 22. |

**Infringement of U.S. Patent No. 8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | SmoothTrack<br><br>SmoothTrack describes how and when the gimbal will compensate for yaw and pitch movement at it's mount (e.g. Osmo handle). SmoothTrack speed, acceleration and deadband can be customized. The animation below shows the gimbal compensating for handle yaw rotation relatively slowly. Roll is not supported with SmoothTrack as a horizontal image is usually preferred.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html.<br><br><br>• **SmoothTrack Speed** is the gimbal's *catch-up* speed to large mount rotations. A faster speed will be more responsive for tracking fast moving objects, but also produce less smooth video.<br><br>• **SmoothTrack Acceleration** determines how closely the gimbal will compensate for handle movement (how quickly it will reach the SmoothTrack speed). A fast acceleration will be more responsive to small handle rotations, and therefore less able to smooth out small unwanted rotations.<br><br>• **SmoothTrack Deadband** determines the amount of rotation required before the gimbal starts to compensate. A larger deadband requires more mount movement before the gimbal will start to move. Having a large deadband is useful for when the camera is moving a lot, and the subject is relatively stationary. Smaller deadbands are required if quicker response is needed to mount movement.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |

51

**Infringement of U.S. Patent No.  8,908,090**

| Claim Element | Example Evidence of Infringement in the Accused '090 Products |
|---|---|
| | Osmo and Ronin-MX Functionality<br><br>Osmo and Ronin-MX can be used in a handheld configuration, and allow additional customizations to how the gimbal responds to user movement.<br><br>SmoothTrack<br><br>SmoothTrack describes how and when the gimbal will compensate for yaw and pitch movement at it's mount (e.g. Osmo handle). SmoothTrack speed, acceleration and deadband can be customized. The animation below shows the gimbal compensating for handle yaw rotation relatively slowly. Roll is not supported with SmoothTrack as a horizontal image is usually preferred.<br><br><br><br>• **SmoothTrack Speed** is the gimbal's *catch-up* speed to large mount rotations. A faster speed will be more responsive for tracking fast moving objects, but also produce less smooth video.<br><br>• **SmoothTrack Acceleration** determines how closely the gimbal will compensate for handle movement (how quickly it will reach the SmoothTrack speed). A fast acceleration will be more responsive to small handle rotations, and therefore less able to smooth out small unwanted rotations.<br><br>• **SmoothTrack Deadband** determines the amount of rotation required before the gimbal starts to compensate. A larger deadband requires more mount movement before the gimbal will start to move. Having a large deadband is useful for when the camera is moving a lot, and the subject is relatively stationary. Smaller deadbands are required if quicker response is needed to mount movement.<br><br>https://developer.dji.com/mobile-sdk/documentation/introduction/component-guide-gimbal.html. |